**LAWRENCE MARK STERN**, *Attorney At Law*
*100 Hudson Street, #6A, New York, New York 10013*
*212-925-6863   fax 212-925-6850   lmstern@verizon.net*

---

December 17, 2019

Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>US v. Kosic (Nunez)</u>
18 Cr. 30 PAC

12/18/2019
So ordered
/s/ Paul Crotty
USDJ

Dear Judge Crotty,

    I have been assigned by the Second Circuit to represent Michael Nunez in his appeal to that Court from the judgment of conviction against him for narcotics conspiracy. Pursuant to the representation, I must review the transcripts of the following proceedings: 3/26/18, 3/28/18, 5/30/18, 9/6/18, 11/2/18, and 3/8/19. The respective Court Reporters for these proceedings will require the Court's order for their reproduction pursuant to the Criminal Justice Act. If Your Honor will so order, I believe that your endorsement to that effect on this letter should suffice for the Reporters to produce the transcripts to me.

    Thank you for your attention.

                  Respectfully,

                  S/Lawrence Mark Stern

                  LAWRENCE MARK STERN



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 12/18/19