**LAWRENCE MARK STERN**, *Attorney At Law*
100 Hudson Street, #6A, New York, New York 10013
212-925-6863  fax 212-925-6850  lmstern@verizon.net

---

January 21, 2020

Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>US v. Kosic (Nunez)</u>
18 Cr. 30 PAC

Dear Judge Crotty,

    I have been assigned by the Second Circuit to represent Michael Nunez in his appeal to that Court from the judgment of conviction against him for narcotics conspiracy. Pursuant to the representation, I must review the Presentence Report prepared by the Probation Department in advance of his sentencing. I have attempted, to no avail, to obtain it from defense counsel who represented the defendant in the District Court. I believe that the Probation Department will not release the Report to me without the Court's order. If Your Honor will so order, I believe that your endorsement to that effect on this letter should suffice for the Department to produce the Report to me.

    Thank you for your attention.

Respectfully,

S/Lawrence Mark Stern

LAWRENCE MARK STERN

[Handwritten endorsement:]
1/22/2020
The PSR should be released, as requested.
So ordered
Paul A Crotty
USDJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-22-2020